TAS PINKSTON V. THE STATE.

No. 6978.  Decided May 17, 1922.

**Murder—Practice on Appeal.**

In the absence of a statement of facts, there being a valid indictment, and the proceedings of the court otherwise regular, the judgment must be affirmed.

Appeal from the District Court of Tarrant.  Tried below before the Honorable Geo. E. Hosey.

Appeal from a conviction of murder; penalty, twenty-five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Appellant has been condemned to the penitentiary for a term of twenty-five years for the murder of Walter Johnson.

The record is before this court without statement of facts or bills of exception. The indictment charges an offense, and the charge of

the court is applicable to a provable case thereunder. There appears in the record a motion for new trial, but no matters are suggested therein which can be considered in the absence of a statement of facts or bills of exception.

The judgment of the trial court is affirmed.

*Affirmed.*